# In the United States Court of Federal Claims

No. 22-1673

(Filed: February 20, 2025)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GEORGE DUNBAR PREWITT, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On February 14, 2025, the Clerk of Court received a letter from George D. Prewitt, Jr., addressed to Elaine D. Kaplan, the Chief Judge, and Lisa Reyes, the Clerk of Court. This letter is duplicative of the letter received on February 6, 2025, and filed on the docket on February 11, 2025. *See* [ECF 111]. Accordingly, the letter received on February 14, 2025, **SHALL BE REJECTED** as duplicative.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge